UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MADERA COUNTY DEPARTMENT OF CORRECTIONS HEALTH CARE PROVIDER,<br><br>　　　　Defendant. | Case No.: 1:20-cv-00960-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS ACTION<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF CERTAIN DEFENDANTS<br><br>(ECF Nos. 9, 11) |

   Plaintiff Travis Justin Cuellar is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

   On September 9, 2020, the undersigned screened Plaintiff's first amended complaint and found that Plaintiff stated a cognizable deliberate indifference claim against Defendants Dr. Gustaveson and nurse Debbie.  (ECF No. 9.)  However, Plaintiff was advised that he failed to state any other cognizable claims against any other Defendants.  (Id.)  Therefore, Plaintiff was advised that he could file an amended complaint or a notice of intent to proceed on the claim found to be cognizable.  (Id.)

   On September 18, 2020, Plaintiff filed a notice indicating that he wishes to proceed on the claim found to be cognizable in the screening order, and dismiss all other Defendants.  (ECF No. 11.)

   Based on Plaintiff's notice, the Court will recommend that this action proceed against Defendants Dr. Gustaveson and nurse Debbie for deliberate indifference to a serious medical need in

1

violation of the Eighth Amendment.  Fed. R. Civ. P. 8(a); <u>Ashcroft v. Iqbal</u>, 556 U.S. 662, 678 (2009); <u>Bell Atlantic Corp. v. Twombly</u>, 550 U.S. 544, 555 (2007); <u>Hebbe v. Pliler</u>, 627 F.3d 338, 342 (9th Cir. 2010).

Accordingly, based on the foregoing, it is HEREBY ORDERED that the Clerk of Court shall randomly assign a Fresno District Judge to this action.

Further, it is HEREBY RECOMMENDED that:

1. This action proceed against Defendants Dr. Gustaveson and nurse Debbie for deliberate indifference to a serious medical need in violation of the Eighth Amendment; and

2. All other Defendants be dismissed for failure to state a cognizable claim for relief.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  <u>Wilkerson v. Wheeler</u>, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing <u>Baxter v. Sullivan</u>, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **September 22, 2020**

UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28