# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br><br>             Plaintiff,<br><br>      v.<br><br>GUSTAVESON, et al.,<br><br>             Defendants. | Case No. 1:20-cv-00960-DAD-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR ATTENDANCE OF UNINCARCERATED WITNESSES<br><br>(ECF No. 24) |

Plaintiff Travis Justin Cuellar is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This matter is set for a jury trial on January 10, 2023, and a telephonic pretrial conference on November 7, 2022, at 1:30 p.m. before the assigned District Judge.

On April 18, 2022, the Court issued a Second Scheduling Order setting forth, among other things, the procedures for obtaining the attendance of unincarcerated witnesses who refuse to voluntarily testify. (ECF No. 23.)  By August 5, 2022, Plaintiff was required to notify the Court in writing of the name and location of each unincarcerated witnesses, and the Court would calculate the travel expense for each witness and notify Plaintiff of the amount. (Id. at 4.)

Currently before the Court is Plaintiff's timely written notice of the names and locations of the unincarcerated witnesses who refuse to voluntarily testify at trial. (ECF No. 24.) These witnesses are:    (1) Correctional Officer Ruiz; (2) Correctional Officer Brandy Beck; (3) Correctional Officer Sifuentes; (4) Correctional Officer Lawrence; (5) Sergeant Townsend; (6)

Sergeant Qulic; (7) Nurse Eva; and (8) Correctional Officer G. Martinez. All witnesses are located at 14191 Road 28, Madera, California, 93638.

As pointed out in this Court's scheduling order, a party seeking to compel the attendance of a witness for trial must deposit fees for the witness in advance of the court subpoenaing them. (ECF No. 23 at 3-4). That fee encompasses the $40.00 daily witness fee plus the costs of the witness's travel to and from the courthouse. 28 U.S.C. § 1821. The current mileage reimbursement rate is set at $0.625 per mile.[1] The round-trip distance for witnesses Ruiz, Beck, Sifuentes, Lawrence, Townsend, Qulic, Eva, and Martinez from the Madera County Jail to the Fresno federal courthouse is 23.1 miles. At the $0.625 cents per mile reimbursement rate, the cost to subpoena witnesses would be $14.44 plus the $40.00 daily witness fee for a total of $54.44.

No statute authorizes the use of public funds to cover these payments and plaintiff's *in forma pauperis* status does not obviate his need to pay them. For each witness, Plaintiff must submit a money order made payable to the witness for the amounts listed above. The subpoenas will not issue subpoenas absent payment in full.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion to subpoena witnesses (ECF No. 24) is denied, without prejudice, subject to submission of the necessary expenses.

IT IS SO ORDERED.

Dated:  **August 9, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[1] https://www.gsa.gov/travel/plan-book/transportation-airfare-pov-etc/privately-owned-vehicle-pov-mileage-reimbursement-rates.