# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR, | Case No. 1:20-cv-00960-DAD-SAB (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME TO FILE PRETRIAL STATEMENT AND MOTION FOR ATTENDANCE OF WITNESSES |
| v. | |
| GUSTAVESON, et al., | |
| Defendants. | **AMENDED ORDER RESCHEDULING TRIAL DATES** |
| | (ECF Nos. 27, 28) |

Plaintiff Travis Justin Cuellar is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motions for an extension of time to file his pretrial statement and motion for attendance of trial witnesses, filed August 26, 2022. (ECF Nos. 27, 28.) Defendants filed an opposition on August 29, 2022. (ECF Nos. 29, 30.) Plaintiff did not file a reply and the time to do has passed.

Plaintiff seeks an extension of time to file his pretrial statement and motion for attendance of witnesses at trial because "health problems among family members" as well as "litigations in state civil court…." (ECF Nos. 27, 28.) Defendants oppose Plaintiff's motions on the ground that there is no good faith basis to grant his requests. (ECF Nos. 29, 30.) Defendants requests, however, that if the Court grants Plaintiff's extensions of the deadlines it also extend the trial date.

Under Rule 16, "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Within this context, good cause is measured by the diligence of the party seeking the amendment. Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). "Although the existence or degree of prejudice to the party opposing the

1

modification might supply additional reasons to deny a motion, the focus of the inquiry is upon the moving party's reasons for seeking modification." Id. at 609.

On the basis of good cause and in the interest of justice, the Court will grant Plaintiff's motion to extend the deadline to file a pretrial statement and motion for attendance of witnesses at trial. The Court will also extend the correlating trial and pretrial dates to allow the parties appropriate time to prepare for trial. However, Plaintiff is advised that no further extensions of time will be granted, absent a detailed showing of why the extension is necessary.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motions to extend the deadline to file a pretrial statement and motion for attendance of witnesses are granted;

2. The deadline for Plaintiff to file a pretrial statement is extended to **November 5, 2022**;

3. The deadline for Defendants to file their pretrial statement is extended to **November 19, 2022**;

4. The jury trial set for January 10, 2023, and pretrial conference set for November 17, 2022 are VACATED;

5. The new jury trial date is **April 18, 2023, at 8:30 a.m.** before District Judge Ana de Alba in Courtroom 1;

6. The new telephonic pretrial conference date is extended to **February 13, 2023, at 1:30 p.m.**; and

7. All other substantive provisions of the Court's April 18, 2022, remain in full effect.

IT IS SO ORDERED.

Dated:   **September 26, 2022**

_____
UNITED STATES MAGISTRATE JUDGE