# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br><br>    Plaintiff,<br><br>    v.<br><br>GUSTAVESON, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00960-ADA-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR WITNESSES NOT WILLING TO TESTIFY AT TRIAL<br><br>(ECF No. 35) |

Plaintiff Travis Justin Cuellar is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's deliberate indifference claim against Defendants Doctor Gustaveson and Nurse Deborah Massetti.

This case is currently set for jury trial on April 18, 2023.

Currently before the Court is Plaintiff's motion for witnesses not willing to testify at trial, filed December 5, 2022.

Plaintiff seeks to call correctional officers Ruiz, Brandy Beck, Lawrence, and Sifuentes, as witnesses who are not willing to testify voluntarily. (ECF No. 35.) Along with his motion, Plaintiff has submitted the necessary witnesses fees in the amount of $54.44 for each witness. (ECF No. 34.) Accordingly, Plaintiff's motion for the Court to direct the United States Marshal to serve witnesses Ruiz, Brandy Beck, Lawrence, and Sifuentes with subpoenas to appear at his jury trial on April 18, 2023, is granted, and the Court will issue the necessary order for service of

the subpoenas by the United States Marshal in due course.

IT IS SO ORDERED.

Dated: **December 7, 2022**

UNITED STATES MAGISTRATE JUDGE