# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GUSTAVESON, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00960-DAD-SAB (PC)<br><br>ORDER SUBSTITUTING DEFENDANT WELLPATH IN PLACE OF DEFENDANTS DOCTOR GUSTAVESON AND DEBORAH MASSETTI PURSUANT TO PARTIES' STIPULATION |

　　　Plaintiff Travis Justin Cuellar is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　On April 5, 2023, a settlement conference was conducted before United States Magistrate Judge Barbara A. McAuliffe. As stated on the record, the parties orally stipulated to substitute Defendant Wellpath, LLC in place of Defendants Doctor Gustaveson and Deborah Massetti, and the parties reached a settlement agreement. Accordingly, it is HEREBY ORDERED that based on the parties' stipulation, Defendant Wellpath LLC is substituted in place of Defendants Gustaveson and Massetti. The parties are hereby directed to file dispositive motion documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated: __April 6, 2023__　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE