# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br><br>Plaintiff,<br><br>v.<br><br>GUSTAVESON, et al.,<br><br>Defendants. | Case No. 1:20-cv-00960-ADA-SAB (PC)<br><br>ORDER FOR PARTITES TO SHOW CAUSE<br><br>(ECF No. 45) |

Plaintiff Travis Justin Cuellar is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 5, 2023, the parties reached a settlement agreement which was placed on the record. On April 6, 2023, the Court directed the parties to file dispositional documents within thirty days, i.e., on or before May 8, 2023. (ECF No. 45.) To date, no dispositional documents have been filed and deadline has passed. Accordingly, within **three (3) days** from the date of service of this order, the parties shall show cause as to why the dispositional documents were not filed on or before May 8, 2023.

IT IS SO ORDERED.

Dated: __**May 9, 2023**__

UNITED STATES MAGISTRATE JUDGE

1