## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br><br>Plaintiff,<br><br>v.<br><br>GUSTAVESON, et al.,<br><br>Defendants. | Case No. 1:20-cv-00960-ADA-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING PARTIES THIRTY DAYS TO SUBMIT DISPOSITIONAL DOCUMENTS<br><br>(ECF Nos. 46, 47) |

Plaintiff Travis Justin Cuellar is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 5, 2023, the parties reached a settlement agreement which was placed on the record. On April 6, 2023, the Court directed the parties to file dispositional documents within thirty days, i.e., on or before May 8, 2023. (ECF No. 45.) However, the parties failed to file the dispositional documents and an order to show cause was issued on May 9, 2023. (ECF No. 46.)

On May 10, 2023, Defendant filed a response to the order to show cause and submits following the completion of the settlement conference, the dispositional documents were sent to Plaintiff. The parties had a telephone converse in which Plaintiff discussed and addressed a typographical error. However, to date, Plaintiff has not signed and returned the dispositional documents. Defendant "expects that Plaintiff will follow through on his commitment to return the executed papers." (ECF No. 47.)

///

1

On the basis of good cause and in the interest of justice, it is HEREBY ORDERED that the dispositional documents shall be filed within **thirty (30)** days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **May 11, 2023**

UNITED STATES MAGISTRATE JUDGE