## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br><br>           Plaintiff,<br><br>      v.<br><br>GUSTAVESON, et al.,<br><br>           Defendants. | Case No. 1:20-cv-00960-ADA-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT TO SUBMIT A STATUS REPORT RE:SUBMISSION OF DISPOSITIONAL DOCUMENTS ON OR BEFORE CLOSE OF BUSINESS ON JUNE 16, 2023<br><br>(ECF No. 48) |

Plaintiff Travis Justin Cuellar is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 5, 2023, the parties reached a settlement agreement which was placed on the record. On April 6, 2023, the Court directed the parties to file dispositional documents within thirty days, i.e., on or before May 8, 2023. (ECF No. 45.) However, the parties failed to file the dispositional documents and an order to show cause was issued on May 9, 2023. (ECF No. 46.)

On May 10, 2023, Defendant filed a response to the order to show cause and submits following the completion of the settlement conference, the dispositional documents were sent to Plaintiff. The parties had a telephone converse in which Plaintiff discussed and addressed a typographical error. However, Plaintiff had not signed and returned the dispositional documents, and Defendant "expect[ed] that Plaintiff will follow through on his commitment to return the executed papers." (ECF No. 47.) Therefore, on May 11, 2023, the Court discharged the order to show cause and granted the parties thirty days to submit dispositional documents. (ECF No. 48.)

No documents have been filed and the time to do so has passed. Accordingly, it is HEREBY ORDERED that on or before the close of business on **June 16, 2023**, Defendant shall file a status report regarding the completion and submission of the dispositional documents, including all correspondence and efforts made to comply with the Court's deadline to submit the dispositional documents.

IT IS SO ORDERED.

Dated: **June 13, 2023**

UNITED STATES MAGISTRATE JUDGE