# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br><br>    Plaintiff,<br><br>    v.<br><br>GUSTAVESON, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00960-ADA-SAB (PC)<br><br>ORDER SETTING CASE FOR STATUS CONFERENCE ON **JULY 13, 2023, AT 3:00 P.M.** RE:SUBMISSION OF DISPOSITIONAL DOCUMENTS<br><br>(ECF Nos. 45, 46, 47, 48, 49) |

    Plaintiff Travis Justin Cuellar is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On April 5, 2023, the parties reached a settlement agreement which was placed on the record. On April 6, 2023, the Court directed the parties to file dispositional documents within thirty days, i.e., on or before May 8, 2023. (ECF No. 45.) However, the parties failed to file the dispositional documents and an order to show cause was issued on May 9, 2023. (ECF No. 46.)

    On May 10, 2023, Defendant filed a response to the order to show cause and submits following the completion of the settlement conference, the dispositional documents were sent to Plaintiff. The parties had a telephone converse in which Plaintiff discussed and addressed a typographical error. However, Plaintiff had not signed and returned the dispositional documents, and Defendant "expect[ed] that Plaintiff will follow through on his commitment to return the executed papers." (ECF No. 47.) Therefore, on May 11, 2023, the Court discharged the order to

1  show cause and granted the parties thirty days to submit dispositional documents.  (ECF No. 48.)
2  After no documents were filed, on June 13, 2023, the Court directed Defendant to file a status
3  report.  (ECF No. 49.)

4  Defendant filed a status report on June 14, 2023, indicating that counsel "has repeatedly
5  and persistently called the plaintiff's telephone number and in each instance the call resulted in a
6  voice mail message that here was no answer and that the voice mail message for plaintiff was
7  full, providing no opportunity to leave a message."  (ECF No. 50 at 1.)  In addition, there has
8  been no response to e-mail messages sent to Plaintiff's e-mail address.  (Id.)

9  Accordingly, the Court hereby sets a status conference on **July 13, 2023, at 3:00 p.m.**
10 before Magistrate Judge Stanley A. Boone, in Courtroom 9 via videoconferencing, to address the
11 filing of the dispositional documents.

IT IS SO ORDERED.

Dated:   **June 20, 2023**

UNITED STATES MAGISTRATE JUDGE