UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br><br>Plaintiff,<br><br>v.<br><br>WELLPATH, LLC,<br><br>Defendant. | No. 1:20-cv-00960-ADA-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE<br><br>(ECF No. 55) |

Plaintiff Travis Justin Cuellar is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 5, 2023, the parties reached a settlement agreement and placed the terms of the agreement on the record. (ECF No. 44.) The following day, the Magistrate Judge directed the parties to file dispositional documents before May 8, 2023. (ECF No. 45.) When the parties failed to file dispositional documents, the Magistrate Judge issued an order to show cause. (ECF No. 46.) Defendant responded to the order to show cause on May 10, 2023, asserting that it provided dispositional documents to Plaintiff and had spoken with Plaintiff about typographical errors in those documents. (ECF No. 47.) Plaintiff had not, however, executed any documents. (*Id.*) The Magistrate Judge discharged the order to show cause and provided the parties an additional thirty days to file dispositional documents. (ECF No. 48.) When the parties again

1

failed to file dispositional documents, the Magistrate Judge ordered them to file a status report. (ECF No. 48.)

Defendant's status report indicated that it had repeatedly sought to contact Plaintiff without success. (ECF No. 50.) The Magistrate Judge, therefore, set a status conference for July 13, 2023 at which Plaintiff failed to appear. (ECF No. 51, 53.) The Magistrate Judge issued an order to show cause why the action should not be dismissed due to Plaintiff's failure to prosecute. (ECF No. 54.) Plaintiff failed to respond, and the Magistrate Judge subsequently issued findings and recommendations to dismiss this action, without prejudice, due to Plaintiff's failure to prosecute. (ECF No. 55.) The findings and recommendations contained notice that Plaintiff had fourteen days within which to file objections. That deadline has passed, and Plaintiff has not filed objections or otherwise contacted the court.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 21, 2023, (ECF No. 55), are adopted in full;
2. This action is dismissed, without prejudice, due to Plaintiff's failure to prosecute; and
3. The Clerk of Court is directed to close this matter.

IT IS SO ORDERED.

   Dated:   September 18, 2023                    _____
                                                  UNITED STATES DISTRICT JUDGE