UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br><br>            Plaintiff,<br><br>    v.<br><br>WELLPATH, LLC.<br><br>            Defendant. | No. 1:20-cv-00960-ADA-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR RETURN OF WITNESS FEES<br><br>(ECF No. 58.) |

On September 18, 2023, this action filed pursuant to 42 U.S.C. § 1983, was dismissed and judgment was entered.  (ECF Nos. 56, 57.)

Prior thereto, on December 5, 2022, Plaintiff submitted witness fees payable to Sifuentes, Brandy Beck, Ruiz, and Lawrence for their appearance at the then-scheduled trial.  (ECF No. 34.)  However, on February 1, 2023, the case was referred to the Magistrate Judge for the scheduling of a settlement conference.  (ECF No. 41.)  On this same date, the case was referred to Magistrate Judge Barbara A. McAuliffe for a settlement conference on April 5, 2023.  (ECF No. 42.)

During the course of the settlement conference, the parties reached a verbal agreement to settle this matter.  As a result, all pending dates in this matter were vacated, including trial.  (ECF No. 44.)

Currently before the Court is Plaintiff's motion requesting that the Court issue an order directing the Clerk or Marshal to return fees for the attendance of correctional officers Ruiz,

1

Brandy Beck, Lawrence, and Sifuentes, as the case settled and he did not need to call any witnesses at trial. (ECF No. 58.) Plaintiff is listed as the payor on all four of the money orders submitted on behalf of his witness fees. Accordingly, as the payor on all four money orders, the witness fees shall be returned to Plaintiff.

Based on the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for Court order to return witness fees is GRANTED; and
2. The Clerk of the Court is DIRECTED to return the following money orders to Plaintiff at Madera County Jail, 195 Tozer St., Madera, CA 93638:
    a. #R104357729025 in the amount of $54.44, made payable to Sifuentes;
    b. #R104357729036 in the amount of $54.44, made payable to Brandy Beck;
    c. #R104357729047 in the amount of $54.44, made payable to Ruiz; and
    d. #R104357729058 in the amount of $54.44, made payable to Lawrence.

IT IS SO ORDERED.

Dated: __October 8, 2024__

UNITED STATES MAGISTRATE JUDGE